In the Matter of the Transfer Tax upon the Estate of
GEORGE W. VANDERBILT, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant, *v.* EDITH S. VANDERBILT et al., as Executors, Respondents.

*Matter of Vanderbilt*, 187 App. Div. 716, affirmed.
(Argued January 7, 1920; decided January 27, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1919, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of George W. Vanderbilt, deceased. The question involved was whether an amount of $65,000 representing notes secured by mortgage on real estate in Washington, D. C., was a proper deduction as a debt from the personal property of the decedent in the state of New York for transfer tax purposes.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for appellant.

*Roy C. Gasser* and *Henry B. Anderson* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.